UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY FARRIER                                    CIVIL ACTION

VERSUS                                             NUMBER: 19-1920

ROBIN PITTMAN, ET AL.                              SECTION: "J"(5)

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is dismissed with prejudice as frivolous and malicious pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 9th day of April, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE